```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24980
    THERESA A LOWRY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-4525


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/02/2004 and was confirmed 08/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED           3851.66          .00         2108.60
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           8073.47          .00         4419.80
ECAST SETTLEMENT CORP      UNSECURED            349.65          .00          177.60
PEOPLES GAS LIGHT & COKE   UNSECURED            141.60          .00          141.60
RESURGENT ACQUISITION LL   UNSECURED           5380.92          .00         2945.79
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        205.20          .00          205.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         2,400.00                    2,400.00
TOM VAUGHN                 TRUSTEE                                           716.57
DEBTOR REFUND              REFUND                                             14.84

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 13,130.00

PRIORITY                                            205.20
SECURED                                                .00
UNSECURED                                          9,793.39
ADMINISTRATIVE                                     2,400.00
TRUSTEE COMPENSATION                                 716.57
DEBTOR REFUND                                         14.84
                        ---------------        ---------------
TOTALS                   13,130.00                13,130.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 24980 THERESA A LOWRY
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE